**HAKO–MED USA, INC., Hako–Med GMBH and Achim Hansjurgens, Plaintiffs–Appellants,**

and

**E–Mos Civil Unlimited Corporation Fed Rep Germany, Plaintiff,**

v.

**AXIOM WORLDWIDE, INC., James Gibson, Jr., and Nicholas Exarhos, Defendants.**

No. 2010–1421.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2011.

Craig Marc Rappel, Rappel Health Law Group, PL, of Vero Beach, FL, argued for plaintiffs-appellants.

Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.